USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/20/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18 Misc. 379 |
| | : | |
| Petitioner, | : | **ORDER TO SHOW CAUSE** |
| | : | **FOR SUMMARY** |
| - v - | : | **ENFORCEMENT OF CID 18-46** |
| | : | **ISSUED TO** |
| ANTHEM, INC., | : | **ANTHEM, INC.** |
| | : | |
| Respondent. | : | |

------------------------------------------------------------------- x

Upon the declaration of Li Yu, sworn to on August 20, 2018, and the exhibits attached thereto, as well as the memorandum of law of petitioner the United States of America (the "Government") in support of its petition for summary enforcement of a Civil Investigative Demand ("CID 18-46") issued to respondent Anthem, Inc. ("Anthem") and seeking entry of an order directing Anthem to provide oral testimony concerning three topics in CID 18-46 on or before October 2, 2018; IT IS HEREBY

ORDERED that respondent Anthem show cause before this Court (Daniels, *J.*), at Courtroom 11A, United States Courthouse, 500 Pearl Street, in the City and State of New York, on **September 20, 2018, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 31 U.S.C. § 3733(j) that directs Anthem to produce a witness to provide the testimony on the three topics in CID 18-46 on or before October 2, 2018; and IT IS FURTHER

ORDERED that on or before the close of business on August 22, 2018, the Government shall serve a copy of this order, along with the declaration and memorandum of law submitted by the Government, on Anthem by sending those papers to Anthem's counsel at O'Melveny &

Myer LLP (*i*) by e-mail and (*ii*) by Federal Express overnight delivery; and IT IS FURTHER

ORDERED that respondent Anthem shall serve and file its answering papers, if any, on or before September 4, 2018, with courtesy copies delivered to Chambers on the same day as such papers are filed; and IT IS FURTHER

ORDERED that any reply papers by the Government shall be filed and served on or before September 10, 2018, with courtesy copies delivered to Chambers on the day of filing.

Dated:   New York, New York
         August 20, 2018

                                SO ORDERED:

                                _____
                                HON. VALERIE CAPRONI
                                UNITED STATES DISTRICT JUDGE
                                PART I

2