UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

ANTHEM, INC.,

       Defendant.

------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 Misc. 379 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br><br> ECF No. 1 | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| __ | Settlement | | Purpose:_____ |
| __ | Inquest After Default/Damages Hearing | __ | Habeas Corpus |
| | | __ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br> All such motions: _X_ |

Dated: September 5, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge