

| | | |
|---|---|---|
| O'Melveny & Myers LLP<br>400 South Hope Street<br>18th Floor<br>Los Angeles, CA 90071-2899 | T: +1 213 430 6000<br>F: +1 213 430 6407<br>omm.com | File Number: |

November 15, 2018

Jim Bowman
D: +1 213 430 6569
jbowman@omm.com

**BY ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Re:   *United States v. Anthem, Inc.*, **18 Misc. 379 (GBD)(KNF) - Unopposed Request to Extend Deadline to File Written Objections to Report and Recommendation**

Dear Judge Daniels:

  We represent Anthem, Inc. in the above-referenced miscellaneous proceeding in opposition to the government's petition to enforce compliance with CID 18-46.  In accordance with this Court's Rules of Practice, we write respectfully to seek a three-day extension of the deadline for Anthem to file its written objections to United States Magistrate Judge Kevin N. Fox's November 13, 2018 Report and Recommendation, which would extend this deadline from Tuesday, November 27 to Friday, November 30.  If this is granted, we would correspondingly ask that the government's deadline to respond to Anthem's objections also be extended by three days, from Friday December 14 to Monday December 17.  The government consents to the requested extensions.

  By way of background, the government commenced this summary enforcement proceeding by order to show cause on August 20, 2018.  Dkt. No. 2.  On September 5, Anthem filed its opposition to the government's petition.  Dkt. No. 12.  Later the same day, the Court referred this proceeding to Judge Fox for a Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b).  Dkt. No. 15.  The government filed its reply on September 11.  Dkt. No. 20.  On November 13, Judge Fox issued a Report and Recommendation, recommending that this Court grant the petition.  Dkt. No. 26.

  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), the parties currently have until Tuesday, November 27, 2018, or fourteen (14) days from service of Judge Fox's Report, to file written objections.  *See also* FED. R. CIV. P. 6.  Due to travel and family obligations for the Thanksgiving holiday, we respectfully request a three-day extension of that deadline to Friday, November 30.  The government does not object to this request, but has asked for a corresponding three-day extension of its deadline to respond to Anthem's objections, which would extend the deadline from Friday, December 14, to Monday, December 17.

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo



Anthem has not previously requested an adjournment or extension in connection with this proceeding.

We thank the Court for its consideration of this letter and the requested extension.

Sincerely,

David M. Deaton
James A. Bowman
of O'Melveny & Myers LLP


cc:   (by email)
      Li Yu
      Rachael Doud
      Peter Aronoff
      Assistant United States Attorneys for the Southern District of New York